UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-42 (MRW) | Date | March 7, 2022 |
|---|---|---|---|
| Title | Joshua Cuevas v. 1st Noor | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**     **ORDER DISMISSING CASE**

   Plaintiff filed a notice voluntarily dismissing this case. (Docket 11). This action is dismissed with prejudice.

_____ : _____

Initials of Preparer                    vp